UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-657-GCM

| | |
|---|---|
| NATHANIEL CANNON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> CHARTER COMMUNICATIONS, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on periodic review of the record. The Complaint survived initial review, (Doc. No. 3), Plaintiff has filed a Summons form, (Doc. No. 1-3), and this action is now ripe for service of process.

**IT IS, THEREFORE, ORDERED** that the U.S. Marshal is hereby directed to attempt to serve summons on Defendant **Charter Communications** at the address provided on the summons form attached to Plaintiff's Complaint.

Signed: September 9, 2019

Graham C. Mullen
United States District Judge

1