# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-657-FDW-DCK

| | |
|---|---|
| NATHANIEL CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARTER COMMUNICATIONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Patrick H. Flanagan, concerning Shawna M. Miller on December 11, 2019. Shawna M. Miller seeks to appear as counsel *pro hac vice* for Defendant Charter Communications. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Shawna M. Miller is hereby admitted *pro hac vice* to represent Defendant Charter Communications.

**SO ORDERED**.

Signed: December 12, 2019

David C. Keesler
United States Magistrate Judge