IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:18-CV-657-FDW-DCK

| | |
|---|---|
| NATHANIEL CANNON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHARTER COMMUNICATIONS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 108) filed by Alexander C. Kelly, concerning Amanda M. Brookhuis, on December 20, 2021. Amanda M. Brookhuis seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 108) is **GRANTED**. Amanda M. Brookhuis is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 20, 2021

David C. Keesler
United States Magistrate Judge