# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Nathaniel Cannon, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00657-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Charter Communications, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's January 6, 2022 Verdict.

January 7, 2022

*[signature]*

Frank G. Johns, Clerk
United States District Court